8 So.2d 226

### Andrew STEWART v. STATE.
### 7 Div. 660.

Court of Appeals of Alabama.
March 24, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

1 So.2d 927

### Romie STRICKLAND v. STATE.
### 8 Div. 46.

Court of Appeals of Alabama.
Feb. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

5 So.2d 852

### W. R. STRICKLAND v. CITY OF TUSCALOOSA.
### 6 Div. 805.

Court of Appeals of Alabama.
Nov. 27, 1941.

PER CURIAM.
Appeal dismissed, want of prosecution.

8 So.2d 226

### Judd STONE v. CITY OF JASPER.
### 6 Div. 885.

Court of Appeals of Alabama.
April 23, 1942.

PER CURIAM.
Appeal dismissed, want of prosecution.

8 So.2d 907

### Bart SULLIVAN v. STATE.
### 6 Div. 859.

Court of Appeals of Alabama.
May 19, 1942.

J. M. Ward, of Tuscaloosa, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

11 So.2d 175

### Ralph SULLIVAN v. STATE.
### 6 Div. 963.

Court of Appeals of Alabama.
Dec. 15, 1942.

G. J. Prosch, of Birmingham, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Affirmed.